NEDERLAND LIFE INS. CO., Limited, v. HALL.[1]

(Circuit Court of Appeals, Seventh Circuit. January 22, 1898.)

No. 466.

Costs—Writ of Error—Motion for New Trial.

An order denying a motion for a new trial is not reviewable, and where without special reason therefor such a motion is transcribed and printed as part of the record, its cost will not be taxed against defendant in error.

In Error to the Circuit Court of the United States for the Northern Division of the Northern District of Illinois.

This was an action at law by Fannie Gideon Hall against the Nederland Life Insurance Company, Limited, on a policy on the life of Elbert Mills Hall. Verdict and judgment were given for plaintiff, and the defendant sued out this writ of error. On January 10, 1898, this court rendered an opinion reversing the judgment, and remanding the case for a new trial. 27 C. C. A. 390, 84 Fed. 278. The case is now heard on a motion for taxation of costs.

Edward G. Mason, Henry B. Mason, and Henry E. Mason, for plaintiff in error.

John M. Hamilton and James A. Fullenwider, for defendant in error.

Before WOODS, JENKINS, and SHOWALTER, Circuit Judges.

PER CURIAM. The defendant in error has moved for a taxation of costs against the plaintiff in error. It appears that a little more than 32 pages of the printed record and a corresponding portion of the transcript are given up to a motion filed in the court below for a new trial. It has often been decided that the granting or denying of a motion for a new trial is a discretionary act, which will not be reviewed on writ of error. It follows that, unless there be a special reason therefor, a motion for a new trial should not be included in the transcript of the record taken for the purpose of prosecuting a writ of error. It is therefore ordered that the costs in this case, caused by transcribing and printing the motion for a new trial, be not taxed against the defendant in error; or that, if already taxed, the amount thereof be deducted upon payment of the balance of the costs taxed. The costs of this motion shall be taxed against the plaintiff in error.

[1] Rehearing denied March 5, 1898.